UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:          _____

Chapter:          _____

Judge:            _____

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

_____, trustee in the above captioned matter states that the entire amount in the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of _____, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date: _____          _____
                                                        Trustee

*rev.8/1/15*